**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 8, 2013

Lyle W. Cayce
Clerk

No. 12-30596

TAMMY STEWART DIXON,

Plaintiff - Appellant,

v.

PRIMARY HEALTH SERVICES CENTER,

Defendant - Appellee,

Appeal from the United States District Court
for the Western District of Louisiana
U.S. Dist. Court No. 3:10-CV-1490

Before DeMOSS, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Tammy Stewart Dixon appeals the district court's grant of summary judgment in favor of her former employer, Primary Health Services Center. We have carefully reviewed the pertinent portions of the record in light of the parties' briefs and oral arguments. We conclude that the district court did not reversibly err.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.